

# In the United States Court of Federal Claims

**No. 10-656 C**

**FILED**

APR 2 0 2011

**U.S. COURT OF FEDERAL CLAIMS**

FRANK J. VISCONI

**JUDGMENT**

v.

THE UNITED STATES

Pursuant to the court's Memorandum Opinion and Final Order, filed April 20, 2011, granting defendant's motion to dismiss

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Hazel C. Keahey
Clerk of Court

**April 20, 2011**

By: _[signature]_

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.